OFFICE OF STAFF COUNSEL
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 EAST MAIN STREET, SUITE 325
RICHMOND, VIRGINIA 23219-3538

MELISSA L. WOOD
SENIOR STAFF COUNSEL

TEL. (804) 916-2900
FAX (804) 916-2920

April 12, 2022

Rachel Chung
O'Melveny
1625 Eye Street, NW
Washington, DC 20006

Re:   No. 21-7325, *United States v. Davis*

Dear Ms. Chung:

Thank you for agreeing to be appointed as counsel on behalf of the appellant in this appeal.

The issue of particular interest to the Court is:

> **POSTCONVICTION**: Whether district court abused its discretion in denying motion for compassionate release based on lack of extraordinary and compelling reasons.

You are free to brief and argue any other issue that appears meritorious.

Because this appointment is made pursuant to the Criminal Justice Act, the maximum authorized compensation $2600 plus expenses. An hourly rate of $158 applies to both in-court and out-of-court work. Any compensation issues should be addressed to Deputy Clerk Patty Layne at (804) 916-2700.

The case manager assigned to this appeal, Rickie Edwards, will assist you with any procedural inquiries; she also can be reached at (804) 916-2700. Please contact me at (804) 916-2900 for any other assistance.

Rachel Chung
April 12, 2022
Page 2

    You will be notified as to the briefing schedule promptly after it is established by the Clerk's Office. The electronic record on appeal is available on PACER. Your appointment to this case as a member of this Court's Discretionary Panel authorizes you to obtain and use a fee exempt CJA Panel Attorney account to provide representation in this case.

    We appreciate your assistance to the Court in accepting this appointment.

                                          Very truly yours,

                                          Melissa L. Wood
                                          Senior Staff Counsel

MLW/tao

cc:    Antonio O. Davis
       Eric Matthew Hurt, AUSA